O

1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

11

RAMIRO JUAN ALVAREZ,      )  Case No. CV 15-1269-CJC (KES)

12            Petitioner,    )

13          vs.            ) ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

14

DANIEL PARAMO, WARDEN,   )

15          Respondent.  )

16
17

18      Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended
19 Petition, the other records on file herein, and the Report and Recommendation of the
20 United States Magistrate Judge.  No Objections to the Report and Recommendation
21 were filed. The Court accepts the findings and recommendations of the Magistrate
22 Judge.

23      IT THEREFORE IS ORDERED that Judgment be entered dismissing the First
24 Amended Petition and entire action with  prejudice.

25
26 DATED:  October 8, 2015

27                        CORMAC J. CARNEY
                        UNITED STATES DISTRICT JUDGE

28

1