JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAMIRO JUAN ALVAREZ | ) | Case No. CV 15-1269-CJC (KES) |
| Petitioner, | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| DANIEL PARAMO, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition and entire action is dismissed with prejudice.

DATED: October 8, 2015

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1